UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/18/05*

| | |
|---|---|
| ANTHONY ANATRA,<br><br>    Plaintiff,<br><br>v.<br><br>LONG TERM DISABILITY PLAN OF LUMILEDS LIGHTING,<br><br>    Defendants. | Case No. C 05-02288 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

   \_\_ Arbitration        \_\_ ENE        \_\_ Mediation

**Private Process:**

   XX Private ADR The parties have agreed to private mediation.

Dated: _____

    MICHAEL A. McKUIN
    Attorney for Plaintiff
    ANTHONY ANATRA

Dated: 9/21/05

    CAROLYN A. KNOX
    ROBIN M. CLEARY
    Attorney for Defendant
    LONG TERM DISABILITY PLAN OF LUMILEDS LIGHTING

IT IS SO ORDERED:

Dated: 10/18/05

    /S/ RONALD M. WHYTE
    HONORABLE RONALD M. WHYTE
    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY ANATRA,

    Plaintiff,

v.

LONG TERM DISABILITY PLAN OF LUMILEDS LIGHTING,

    Defendants.

Case No. C 05-02288 RMW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

___ Arbitration     ___ ENE     ___ Mediation

**Private Process:**

_XX_ Private ADR The parties have agreed to private mediation.

Dated: 9-20-05

MICHAEL A. McKUIN
Attorney for Plaintiff
ANTHONY ANATRA

Dated: _____

CAROLYN A. KNOX
ROBIN M. CLEARY
Attorney for Defendant
LONG TERM DISABILITY PLAN OF LUMILEDS LIGHTING

IT IS SO ORDERED:

Dated: _____

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1
Stipulation and [Proposed] Order Selecting ADR Process and ADR Certification
Case No. 05 02288 RMW

1 | **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2 | Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

5 | *(Note: This Certification must be signed by each party and its counsel.)*

6 | Dated: _____    _____
7 |                                ANTHONY ANATRA, Plaintiff

8 | Dated: _____    _____
                                   MICHAEL A. McKUIN, Counsel for Plaintiff

9 | Dated: 9/20/2005               *[signature]*
10 |                               MICHAEL GRIMES on behalf of Defendant
11 |                               LONG TERM DISABILITY PLAN OF LUMILEDS LIGHTING

12 | Dated: 9/21/05                *[signature]*
                                   ROBIN M. CLEARY, Counsel for Defendant
13 |                               LONG TERM DISABILITY PLAN OF LUMILEDS LIGHTING

SF1 28208807.1

2

Stipulation and [Proposed] Order Selecting ADR Process and ADR Certification
Case No. C 05 02288 RMW

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 09/20/2005   _____
ANTHONY ANATRA, Plaintiff

Dated: 9-20-05   _____
MICHAEL A. McKUIN, Counsel for Plaintiff

Dated: _____   _____
MICHAEL GRIMES on behalf of Defendant
LONG TERM DISABILITY PLAN OF LUMILEDS LIGHTING

Dated: _____   _____
ROBIN M. CLEARY, Counsel for Defendant
LONG TERM DISABILITY PLAN OF LUMILEDS LIGHTING

SF1 28208807.1

2
Stipulation and [Proposed] Order Selecting ADR Process and ADR Certification
Case No. C 05 02288 RMW