Michael A. McKuin (SBN 1033280)
Attorney at Law
P.O. Box 637
Lake Arrowhead, California 92352
Telephone: (909) 336-4625
Facsimile: (909) 336-4437
Email: mmckuin@aol.com

Attorneys for Plaintiff
ANTHONY ANATRA

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN 181317)
Robin M. Cleary (SBN 192489)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: cknox@seyfarth.com; rcleary@seyfarth.com

Attorneys for Defendant
LONG TERM DISABILITY PLAN OF LUMILEDS LIGHTING

UNITED STATES DISTRICT COURT

*E-FILED - 12/23/05*

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY ANATRA, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> LONG TERM DISABILITY PLAN OF LUMILEDS LIGHTING, an Employee Welfare Benefit Plan, established pursuant to 29 U.S.C. 1001, et seq. (ERISA), <br><br> Defendant. | Case No. C 05 02288 RMW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER, PURSUANT TO FED.R.CIV.P. 41(a)** |

Plaintiff Anthony Anatra and Defendant Long Term Disability Plan Of Lumileds Lighting have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

/ / /

/ / /

1

Stipulation Of Dismissal With Prejudice And [Proposed] Order] / Case No. C 05 02288 RMW

1  The parties seek the Court's approval of dismissal of this action with prejudice through
2  the order listed *infra*.

3  DATED: December *13*, 2005          MICHAEL A. MCKUIN, ATTORNEY AT LAW
4
5                                                                  By _____
6                                                                        Michael A. McKuin
                                                                         Attorney for Plaintiff
7                                                                        ANTHONY ANATRA
8

9  DATED: December *20*, 2005          SEYFARTH SHAW LLP
10
11                                                                 By _____
                                                                          Carolyn A. Knox
                                                                          Robin M. Cleary
12                                                                 Attorneys for Defendant
                                                                   LONG TERM DISABILITY PLAN OF
13                                                                 LUMILEDS LIGHTING
14

15  **IT IS SO ORDERED:**
16  Date: 12/23/05                           /S/ RONALD M. WHYTE
                                             _____
17                                           Honorable Ronald M. Whyte
                                             United States District Judge
18  SF1 28226201.1